**FILED**
June 2, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>DAVID WILLIAM DIXON,<br><br>　　　　　Defendant. | Case No. 2:15-mj-00118-DAD<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release, DAVID WILLIAM DIXON, Case No. 2:15-mj-00118-DAD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___　Release on Personal Recognizance

_X_　Bail Posted in the Sum of: $75,000.00

　　　_X_　Co-Signed Unsecured Appearance Bond

　　　___　Secured Appearance Bond

　　　_X_　(Other) Conditions as stated on the record.

　　　___　(Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _6/2/2015_ at _2:45 p.m._

By _/s/ Edmund F. Brennan_
Edmund F. Brennan
United States Magistrate Judge