**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | CR NO: 2:15-0118 GEB |
| **DAVID WILLIAM DIXON** | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum          ☐ Ad Testificandum

Name of Detainee:   David William Dixon

Detained at            San Joaquin County Jail

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment   ☐ Information  ☐ Complaint
                              charging detainee with:    18:1956(h) Conspiracy to Launder Monetary Instruments

or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of proceedings

or    b.)    ☐ be retained in federal custody until final disposition of federal charges, as a sentence
                         is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Paul A. Hemesath |
| Printed Name & Phone No: | PAUL A. HEMESATH 916-554-2932 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum          ☐ Ad Testificandum

        The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated:    May 18, 2016                              /s/ Kendall J. Newman

                                                              Honorable Kendall J. Newman
                                                              U.S. MAGISTRATE JUDGE

---

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male   ☐Female | |
| Booking or CDC #: | 16-06239 | DOB: | 02/21/1979 |
| Facility Address: | 999 W. Mathews Rd.. French Camp CA | Race: | |
| Facility Phone: | 209-468-4570 | FBI#: | |
| Currently | | | |

---

### RETURN OF SERVICE

Executed on:    _____        _____
                                                                            (signature)