**GREGORY W. FOSTER** (State Bar No. 121931)
**FOSTER LAW GROUP**
1104 Corporate Way
Sacramento, CA  95831
Phone:   (916) 395-4422
Fax:       (916) 395-4423
Email:    greglaw@jps.net

Attorney for David Dixon

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>     vs.<br><br>EARSHELL HAYES,<br>LEON CURRIE FIELDS, JR., AND<br>DAVID WILLIAM DIXON,<br><br>                              Defendant(s). | Case No.:   2:15-CR-00118-GEB<br><br>**STIPULATION AND ORDER FOR RELEASE OF SURETY**<br><br>DATE:   May 23, 2016<br>JUDGE:  Hon. Carolyn K. Delaney |

Plaintiff, United States of America, through Assistant U.S. Attorney Paul Hemesath; and defendant David William Dixon, through counsel, Gregory W. Foster, hereby stipulate and agree as follows:

**STIPULATION**

1. By previous order, the defendant was released from custody on or about June 2, 2015 on an unsecured appearance bond.  His wife Samantha Dixon signed the bond as surety.  (Doc. 9.)  The defendant has been subject to supervision by Pretrial Services since his release from custody.

2. Subsequent to the initiation of this case, the defendant was also prosecuted in the Superior Court of the State of California, San Joaquin County.  The defendant entered a plea on that case and was recently sentenced on May 18, 2016 to a term of four years in the California state prison.  He is currently in custody pending delivery to the state prison.

1

Stipulation and Order re Release of Surety
*U.S. v. Dixon et al.*

3. In light of the change in his custody status, his wife, Samantha Dixon, contacted Pretrial Services and asked that she be removed as a surety to the appearance bond.

4. The government and Pretrial Services have no objections to this request.

5. Pretrial Services will continue to verify Mr. Dixon's custody status on the state case. Upon his release, all previous imposed pretrial release conditions will be enforced.

IT IS SO STIPULATED.

DATED: May 23, 2016                                    BENJAMIN B. WAGNER
                                                       United States Attorney

                                                        /s/ Paul Hemesath
                                                       PAUL HEMESATH
                                                       Assistant United States Attorney
                                                       Attorney for Plaintiff United States

DATED: May 23, 2016

                                                        /s/ Gregory W. Foster
                                                       GREGORY W. FOSTER
                                                       Attorney for Defendant David Dixon

## ORDER

BASED ON THE STIPULATION OF THE PARTIES, and good cause appearing therefor, it is hereby ordered that Samantha Dixon shall be released from her prior agreement to serve as a surety to the unsecured appearance bond dated June 2, 2015 and she shall be discharged from any and all duties and obligations associated therewith, and further that the defendant shall no longer be supervised by Pretrial Services, unless upon further order of the court.

Dated: July 8, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order re Release of Surety
*U.S. v. Dixon et al.*