**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

CR NO: 2:15-0118 GEB

**DAVID DIXON**

    Defendant.

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

| | |
|---|---|
| Name of Detainee: | David Dixon |
| Detained at | Soledad Correctional Facility |

Detainee is:    a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
                     charging detainee with: 18:1956(h) Conspiracy to Launder Monetary Instruments

or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.) ☐ return to the custody of detaining facility upon termination of proceedings

or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/Paul A. Hemesath |
| Printed Name & Phone No: | PAUL A. HEMESATH 916-554-2932 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, [**FORTHWITH**] and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: 5/15/2017                  /s/ Carolyn K. Delaney
                                          Honorable Carolyn K. Delaney
                                          U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | BA4474 | DOB: | 02/21/1979 |
| Facility Address: | Highway 101 North, Soledad CA 93960 | Race: | |
| Facility Phone: | (831) 678-3951 | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____      _____
                                                        (signature)