KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
David Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>DAVID DIXON,<br>LEON FIELDS.<br><br>            Defendants. | No. 15-CR-00118-GEB<br><br>STIPULATION AND<br>[PROPOSED] ORDER CONTINUING CASE<br>AND EXCLUDING TIME<br><br>Date:   December 8, 2017<br>Time:  9:00 am.<br>Judge:  Honorable Garland E. Burrell, Jr. |

   IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Paul Hemesath, Assistant United States Attorney, attorney for plaintiff, together with Philip Cozens, attorney for defendant Leon Fields and Kyle Knapp, attorney for defendant David Dixon that the previously-scheduled status conference, currently set for November 3, 2017, be vacated and that the matter be set for status conference on December 8, 2017 at 9:00 a.m.  Counsel for Mr. Dixon was recently appointed in the case and needs additional time to finish evaluating the volume of received discovery in this case, meet with his client and further investigate possible defenses in this matter.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, November 1, 2017, up to and including December 8, 2017.

IT IS SO STIPULATED.

Dated: November 1, 2017                               PHILLIP A. TALBERT
                                                      UNITED STATES ATTORNEY

                                           by:        /s/ Paul Hemesath
                                                      PAUL HEMESATH
                                                      Assistant U.S. Attorney
                                                      Attorney for Plaintiff

Dated:  November 1, 2017                              /s/ Philip Cozens
                                                      PHILIP COZENS
                                                      Attorney for Defendant
                                                      LEON FIELDS

Dated: November 1, 2017                               /s/ Kyle R. Knapp
                                                      KYLE KNAPP
                                                      Attorney for Defendant
                                                      DAVID DIXON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED.  This matter shall be dropped from this court's November 3, 2017 criminal calendar and re-calendared for status conference on December 8, 2017.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial.  Time is excluded from the time of the filing of this stipulation on November 1, 2017, through and including December 8, 2017.

**IT IS SO ORDERED**.

Dated:  November 2, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge