KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
David Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID DIXON.<br><br>    Defendant. | No. 15-CR-00118-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME<br><br>Date: February 16, 2018<br>Time: 9:00 am.<br>Judge: Honorable Garland E. Burrell, Jr. |

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Paul Hemesath, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant David Dixon that the previously-scheduled status conference, currently set for February 9, 2018, be vacated and that the matter be set for status conference/potential entry of plea on February 16, 2018 at 9:00 a.m. Counsel for Mr. Dixon and the government are finalizing a plea agreement. To do so, additional investigation is being performed that impacts defendant's potential guideline calculations.

    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 7, 2018, up to and including February 16, 2018.

IT IS SO STIPULATED.

Dated: February 7, 2018                              McGregor Scott
                                                                            UNITED STATES ATTORNEY

                                           by:      /s/ Paul Hemesath
                                                                             PAUL HEMESATH
                                                                             Assistant U.S. Attorney
                                                                             Attorney for Plaintiff

Dated: February 7, 2018                                           /s/ Kyle R. Knapp
                                                                             KYLE KNAPP
                                                                             Attorney for Defendant
                                                                             DAVID DIXON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's February 9, 2018 criminal calendar and re-calendared for status conference on February 16, 2018.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on February 7, 2018, through and including February 16, 2018.

**IT IS SO ORDERED**.

Dated: February 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge