KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
David Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID DIXON. <br><br> Defendant. | No. 15-CR-00118-GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING CASE AND EXCLUDING TIME <br><br> Date: February 23, 2018 <br> Time: 9:00 am. <br> Judge: Honorable Garland E. Burrell, Jr. |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Paul Hemesath, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant David Dixon that the previously-scheduled status conference, currently set for February 16, 2018, be vacated and that the matter be set for status conference/potential entry of plea on February 23, 2018 at 9:00 a.m. Counsel for Mr. Dixon and the government are finalizing a plea agreement. To do so, additional investigation is being performed that impacts defendant's potential guideline calculations.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 14, 2018, up to and including February 23, 2018.

IT IS SO STIPULATED.

Dated: February 14, 2018	McGregor Scott
	UNITED STATES ATTORNEY

	by:	/s/ Paul Hemesath
		PAUL HEMESATH
		Assistant U.S. Attorney
		Attorney for Plaintiff

Dated: February 14, 2018	/s/ Kyle R. Knapp
	KYLE KNAPP
	Attorney for Defendant
	DAVID DIXON

**ORDER**

This matter shall be dropped from this court's February 16, 2018 criminal calendar and re-calendared for status conference on February 23, 2018, commencing at 9:00 a.m.

Dated: February 15, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge