KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
916 2nd Street, 2nd Floor
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
David Dixon

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID DIXON.

    Defendant.

No. 15-CR-00118-GEB

STIPULATION AND
[PROPOSED] ORDER CONTINUING CASE
AND EXCLUDING TIME

Date: March 2, 2018
Time: 9:00 am.
Judge: Honorable Garland E. Burrell, Jr.

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Paul Hemesath, Assistant United States Attorney, attorney for plaintiff and Kyle Knapp, attorney for defendant David Dixon that the previously-scheduled status conference, currently set for February 23, 2018, be vacated and that the matter be set for status conference/potential entry of plea on March 2, 2018 at 9:00 a.m. Counsel for Mr. Dixon and the government have virtually finalized a plea agreement. Additional investigation is being performed that impacts defendant's potential guideline calculations.

    IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, February 21, 2018, up to and including March 2, 2018.

IT IS SO STIPULATED.

Dated: February 21, 2018

        McGregor Scott
        UNITED STATES ATTORNEY

by: /s/ Paul Hemesath
     PAUL HEMESATH
     Assistant U.S. Attorney
     Attorney for Plaintiff

Dated: February 21, 2018

     /s/ Kyle R. Knapp
     KYLE KNAPP
     Attorney for Defendant
     DAVID DIXON

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's February 23, 2018 criminal calendar and re-calendared for status conference on March 2, 2018.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on February 21, 2018, through and including March 2, 2018.

**IT IS SO ORDERED**.
Dated: February 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge