MCGREGOR W. SCOTT
United States Attorney
PAUL HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAVID WILLIAM DIXON,<br><br>　　　　　　　　Defendant. | CASE NO. 2:15-CR-00118-GEB<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: March 2, 2018<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 2, 2018.

2. By this stipulation, defendant now moves to continue the status conference until March 16, 2018, and to exclude time between March 2, 2018, and March 16, 2018, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

　　a) The government has represented that the discovery associated with this case includes hundreds of pages of discovery, financial reports and other documents. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　b) Counsel for defendant desires additional time to consult with his client and to

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

compare the fact in this discovery with the proposed disposition in the case.

  c) Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 2, 2018 to March 16, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 28, 2018        M<small>C</small>GREGOR W. SCOTT
                     United States Attorney

                     /s/ PAUL HEMESATH
                     PAUL HEMESATH
                     Assistant United States Attorney

Dated:  February 28, 2018        /s/ KYLE KNAPP
                     KYLE KNAPP
                     Counsel for Defendant
                     David William Dixon

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: March 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge